# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| DANA BOHANNON and SEAN BOHANNON, M.D. in their capacities as the next friends, parents, and on behalf of WILLIAM EMMETT BOHANANNON, a minor child,<br><br>    Plaintiffs,<br><br>Vs.<br><br>FLOYD HEALTHCARE MANAGEMENT, INC. d/b/a FLOYD MEDICAL CENTER, STEPHEN M. BAXTER, M.D., STEPHEN BAXTER, M.D., P.C., BEACON ANESTHESIA & MEDICAL CONSULTANTS, INC., GEORGIA GROUP SERVICES, LLC, And JOHN DOE CORPORATION, INC.,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>**4:13-CV-00251-HLM** |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-styled civil action and, pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(ii), file this Stipulation of Voluntary Dismissal with Prejudice as to all claims by and between Plaintiffs Dana Bohannon and Sean Bohannon, M.D., in their capacities as the parents, next friends, and on behalf of William Emmett Bohannon, a minor child, and

1

Defendants Floyd Healthcare Management, Inc. d/b/a Floyd Medical Center, Stephen M. Baxter, M.D., Stephen M. Baxter, M.D., P.C., Beacon Anesthesia & Medical Consultants, Inc., Georgia Group Services, LLC, and John Doe Corporation, Inc.

Respectfully submitted this the 6th day of May, 2014.

FOR THE PLAINTIFFS:

*/s/ Gerald M. Edenfield*
**GERALD M. EDENFIELD**
State Bar of Georgia No. 239100

*/s/ V. Sharon Edenfield*
**V. SHARON EDENFIELD**
State Bar of Georgia No. 141646
EDENFIELD, COX, BRUCE & CLASSENS, P.C.
P.O. Box 1700
Statesboro, GA  30459
(912) 764-8600
(912) 764-8862 facsimile
Gerald@ecbcpc.com
sharri@ecbcpc.com

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

FOR DEFENDANT FLOYD HEALTHCARE MANAGEMENT, INC. D/B/A FLOYD MEDICAL CENTER:

/s/*John F. Lee Niedrach*
**JULE W. PEEK, JR.**
State Bar of Georgia No. 002840
**JOHN F. LEE NIEDRACH**
State Bar of Georgia No. 152408
MCRAE, STEGALL, PEEK, HARMAN, SMITH & MANNING, LLP
100 East Second Avenue
Post Office Box 29
Rome, Georgia  30162-0029
(706) 291-6223
(706) 291-7429 facsimile
jpeek@msp-lawfirm.com
lniedrach@msp-lawfirm.com

FOR DEFENDANTS STEPHEN M. BAXTER, M.D., STEPHEN M. BAXTER, M.D., P.C., BEACON ANESTHESIA & MEDICAL CONSULTANTS, INC., AND GEORGIA GROUP SERVICES, LLC

*/s/ Beth W. Kanik*
**JOHN E. HALL, JR.**
State Bar of Ga. No. 309090
**BETH W. KANIK**
State Bar of Georgia No.  406346
HALL BOOTH SMITH, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
(404) 954-5000
(404) 954-5020 facsimile
bkanik@hallboothsmith.com

3

CERTIFICATE OF FONT SIZE

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in compliance with Local Rule 5.1.

Respectfully submitted this 6th day of May, 2014.

/s/ V. Sharon Edenfield
V. SHARON EDENFIELD
State Bar No. 141646
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| DANA BOHANNON and ) <br> SEAN BOHANNON, M.D. in their ) <br> capacities as the next friends, parents, ) <br> and on behalf of ) <br> WILLIAM EMMETT ) <br> BOHANANNON, a minor child, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> FLOYD HEALTHCARE ) <br> MANAGEMENT, INC. d/b/a ) <br> FLOYD MEDICAL CENTER, ) <br> STEPHEN M. BAXTER, M.D., ) <br> STEPHEN BAXTER, M.D., P.C., ) <br> BEACON ANESTHESIA & ) <br> MEDICAL CONSULTANTS, INC., ) <br> GEORGIA GROUP SERVICES,LLC,) <br> And JOHN DOE ) <br> CORPORATION, INC., ) <br> ) <br>     Defendants. ) | CIVIL ACTION FILE NO.: <br><br> **4:13-CV-00251-HLM** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Voluntary Stipulation of Dismissal with Prejudice upon counsel for all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows

5

and/or filing said document with the CM/ECF system with will automatically send electronic notification to the following:

| | |
|---|---|
| Beth W. Kanik, Esq. | Julius W. Peek, Jr., Esq. |
| John E. Hall, Jr., Esq. | Lee Niedrach, Esq. |
| Hall Booth Smith, P.C. | McRae, Stegall, Peek, Harman |
| 191 Peachtree Stree, N.E. | Smith & Manning LLP |
| Suite 2900 | 100 East Second Avenue |
| Atlanta, GA 30303-1775 | 4th Floor |
| | P.O. Box 29 |
| | Rome, GA 30162-0029 |

Respectfully submitted this 6th of May, 2014.

**EDENFIELD, COX, BRUCE & CLASSENS, P.C.**

/s/ V. Sharon Edenfield
V. SHARON EDENFIELD
State Bar No. 141646
Attorney for Plaintiffs

P.O. Box 1700
Statesboro, GA  30459
912.764.8600  telephone
912.764.8862  facsimile
sharri@ecbcpc.com