IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DANA BOHANNON and ) <br> SEAN BOHANNON, M.D. in their ) <br> capacities as the next friends, parents, ) <br> and on behalf of ) <br> WILLIAM EMMETT ) <br> BOHANANNON, a minor child, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> FLOYD HEALTHCARE ) <br> MANAGEMENT, INC. d/b/a ) <br> FLOYD MEDICAL CENTER, ) <br> STEPHEN M. BAXTER, M.D., ) <br> STEPHEN BAXTER, M.D., P.C., ) <br> BEACON ANESTHESIA & ) <br> MEDICAL CONSULTANTS, INC., ) <br> GEORGIA GROUP SERVICES,LLC,) <br> And JOHN DOE ) <br> CORPORATION, INC., ) <br> ) <br>     Defendants. ) | CIVIL ACTION FILE NO.: <br><br> **4:13-CV-00251-HLM** |

**ORDER**

Upon review of the Stipulation of Voluntary Dismissal with Prejudice consented to by all parties' counsel and for good cause shown,

**IT IS HEREBY ORDERED THAT** the Stipulation of Voluntary Dismissal with Prejudice is **APPROVED** and this civil action is hereby **DISMISSED** with prejudice.

**ORDER ENTERED** at Rome, Georgia this 8 day of May, 2014.

_____
THE HONORABLE HAROLD L. MURPHY
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Proposed Order Prepared By:
V. Sharon Edenfield
Edenfield, Cox, Bruce & Classens, P.C.
P.O. Box 1700
Statesboro, GA  30459
Counsel for Plaintiff